162

Timothy J. HAYES, M.D., Respondent,

v.

MERCY HEALTH CORPORATION, t/a Mercy Catholic Medical Center a/k/a Fitzgerald Mercy Hospital, Petitioner.

Supreme Court of Pennsylvania.

Jan. 12, 1999.

### ORDER

PER CURIAM:

AND NOW, this 12th day of January 1999, the petition for allowance of appeal is GRANTED, limited to the issue of whether the confidentiality provisions of the Peer Review Act apply to an action by a physician challenging his own peer review process.